In the Matter of the Application of COUNTY OF WESTCHESTER by WESTCHESTER COUNTY. PARK COMMISSION, etc., Respondent, to Acquire Title to Lands of FRANK M. COOK and Others, Defendants. JOHN T. CREIGHTON and CITY BANK FARMERS TRUST COMPANY, as Executors and Trustees, etc., of WILLIAM W. COOK, Deceased, Appellants, and THE PRESBYTERIAN HOSPITAL IN THE CITY OF NEW YORK, Respondent, Appellant.— Motions for reargument denied. Motions for leave to

appeal to the Court of Appeals granted. Present — Lazansky, P. J., Hagarty, Tompkins, Davis and Johnston, JJ. [See *ante*, p. 706.]